for Jury Trial

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JENIQUA BRADLEY

_____

_____
(Enter above the full name of
plaintiff in this action)

v.

JUDGE KENNETH LENKER

_____

_____

_____
(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 1:25-CV-733
(to be supplied by Clerk
of the District Court)

FILED
HARRISBURG, PA

APR 25 2025
PER_____
DEPUTY CLERK

COMPLAINT

1. The plaintiff _____ JENIQUA BRADLEY _____ a citizen of

the County of _____ DAUPHIN _____ State of

Pennsylvania, residing at _____ 650 CORNELL COURT #204 _____

wishes to file a complaint under _____ 42 USC 1983 _____
(give Title No. etc.)

_____

2. The defendant is _____ JUDGE KENNETH LENKER _____

_____

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) _____ Default Judgement _____

Request For Jury Trial

3. (CONTINUED) was ordered against JENIQUA BRADLEY unlawfully. There was no service of complaint, no decision on preliminary objections or opportunity for defense in this matter. This judgement was biased and violated the rights of the Plaintiff. There is no legal, lawful or factual basis for Judge Lenkers decision. The Constitutions of the Commonwealth and of these United States provide rights to the Plaintiff and they have been violated by the Defendant. There is no statute to support this judgement and Plaintiff deserves to be compensated as Judge Lenker is outside of his authority

4. WHEREFORE, plaintiff prays that this court will uphold the laws of the Commonwealth and of these United and award relief to the Plaintiff in the amount of One Hundred Thousand Dollars to include compensatory and punitive damages.

(Signature of Plaintiff)

JENIQUA BRADLEY
(Printed Name of Plaintiff)

650 Cornell Court #204
Harrisburg, Pennsylvania
(Address of Plaintiff)

843-267-4838
(Phone Number of Plaintiff)